```
1  V. ANDREW CASS
   Nevada Bar No. 005246
2  KRISTIN E. MEREDITH
   Nevada Bar No. 011655
3  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
4  Las Vegas, Nevada 89118
   (702) 893-3383
5  FAX: (702) 893-3789
   E-Mail: cass@lbbslaw.com
6  E-Mail: meredith@lbbslaw.com
   Attorneys for Defendant State Farm Mutual Automobile
7  Insurance Company ("State Farm")
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FLORENCE CREW-JONES,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>Defendants. | Case No. 2:11-cv-00203-GMN-RJJ<br>(Consolidated with 2:11-cv-01693-JCM-CWH)<br><br>STIPULATION AND ORDER |

It is hereby stipulated between Florence Crew-Jones ("Plaintiff"), by and through her attorney, Brock N. Ohslon, Esq. of the Richard Harris Law Firm, and Defendant State Farm Mutual Auto Insurance Company ("Defendant"), by and through its attorneys, Lewis Brisbois Bisgaard & Smith LLP, that all claims in the above-entitled action against Defendant be dismissed in their entirety, with prejudice, with each party to bear its own attorney's fees and costs.

However, Plaintiff and Defendant agree that the dismissal of all claims against State Farm does not include Plaintiff's claim for sanctions against State Farm's prior defense counsel, Riley Clayton ("Clayton"), of Hall Jaffe & Clayton. Likewise, Plaintiff and Defendant agree that the dismissal of all claims against State Farm shall not deprive the

4832-3077-1726.1

1  Court of its jurisdiction to determine Plaintiff's pending motion for sanctions and/or
2  attorney's fees against Clayton.

4  DATED this ___ day of December, 2011          DATED this 21 day of December, 2011
5  RICHARD HARRIS LAW FIRM                        LEWIS BRISBOIS BISGAARD & SMITH LLP

7  By: /s/ Richard Harris                         By: /s/ V. Andrew Cass  #10171
   RICHARD HARRIS                                    V. Andrew Cass, Esq.
8  Nevada Bar No. 000505                             Nevada Bar No. 005246
   BROCK N. OHLSON                                   Kristin E. Meredith, Esq.
9  Nevada Bar No. 012262                             Nevada Bar No. 011655
   801 S. Fourth Street                              6385 South Rainbow Blvd., Suite 600
10 Las Vegas, NV 89101                               Las Vegas, Nevada 89118
   Attorneys for Plaintiff                           Attorneys for Defendant State Farm

13  **IT IS SO ORDERED** this 22nd day of December, 2011.

   _____
   Gloria M. Navarro
   United States District Judge

4832-3077-1726.1                        2