V. ANDREW CASS
Nevada Bar No. 005246
KRISTIN E. MEREDITH
Nevada Bar No. 011655
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
FAX: (702) 893-3789
E-Mail: cass@lbbslaw.com
E-Mail: meredith@lbbslaw.com
Attorneys for Defendant State Farm Mutual Automobile
Insurance Company ("State Farm")

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FLORENCE CREW-JONES,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>Defendants. | Case No. 2:11-cv-00203-GMN-RJJ<br>(Consolidated with 2:11-cv-01693-JCM-CWH)<br><br>STIPULATION AND ORDER |

It is hereby stipulated between Florence Crew-Jones ("Plaintiff"), by and through her attorney, Brock N. Ohslon, Esq. of the Richard Harris Law Firm, and Defendant State Farm Mutual Auto Insurance Company ("Defendant"), by and through its attorneys, Lewis Brisbois Bisgaard & Smith LLP, that all claims in the above-entitled action against Defendant be dismissed in their entirety, with prejudice, with each party to bear its own attorney's fees and costs.

However, Plaintiff and Defendant agree that the dismissal of all claims against State Farm does not include Plaintiff's claim for sanctions against State Farm's prior defense counsel, Riley Clayton ("Clayton"), of Hall Jaffe & Clayton. Likewise, Plaintiff and Defendant agree that the dismissal of all claims against State Farm shall not deprive the

4832-3077-1726.1

Court of its jurisdiction to determine Plaintiff's pending motion for sanctions and/or attorney's fees against Clayton.

DATED this ___ day of December, 2011

RICHARD HARRIS LAW FIRM

By: /s/
RICHARD HARRIS
Nevada Bar No. 000505
BROCK N. OHLSON
Nevada Bar No. 012262
801 S. Fourth Street
Las Vegas, NV 89101
Attorneys for Plaintiff

DATED this 21 day of December, 2011

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/
V. Andrew Cass, Esq.
Nevada Bar No. 005246
Kristin E. Meredith, Esq.
Nevada Bar No. 011655
6385 South Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant State Farm

**IT IS SO ORDERED** this 22nd day of December, 2011.

_____
Gloria M. Navarro
United States District Judge

4832-3077-1726.1

2